SUSAN STASSA, Respondent, v GEORGE STASSA, Appellant.

Submitted January 20, 2015; decided March 31, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for a stay dismissed as academic.

In the Matter of STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Appellant, v PATRICK FITZGERALD, Respondent.

Decided March 31, 2015

Reargument ordered and case set down for argument during a future session of the Court of Appeals.

Concur: Chief Judge LIPPMAN and Judges READ, PIGOTT, ABDUS-SALAAM, STEIN and FAHEY.

Taking no part: Judge RIVERA.

SUE/PERIOR CONCRETE & PAVING, INC., Respondent, v LEWISTON GOLF COURSE CORPORATION, Appellant, et al., Defendants.

Submitted January 5, 2015; decided March 31, 2015

Motion for reargument denied with $100 costs and necessary reproduction disbursements [see 24 NY3d 538 (2014)].

Judges STEIN and FAHEY taking no part.

SUE/PERIOR CONCRETE & PAVING, INC., Respondent, v LEWISTON GOLF COURSE CORPORATION, Appellant, et al., Defendants.

Submitted January 12, 2015; decided March 31, 2015

Motion by the Seneca Nation of Indians for leave to appear amicus curiae on the motion for reargument herein granted and the brief is accepted as filed [see 24 NY3d 538 (2014)].

Judges STEIN and FAHEY taking no part.